### Stanley ELLMAN and Maureen Ellman, Appellants,

### v.

### FINANCIAL GUARDIAN INSURANCE AGENCY, INC., and Travelers Insurance Company, Respondents.

### No. WD 35750.

Missouri Court of Appeals,
Western District.

April 9, 1985.

Motion For Rehearing and/or Transfer to
Supreme Court Overruled and Denied
May 28, 1985.

Application to Transfer Denied
Aug. 7, 1985.

Elwyn L. Cady, Jr., Independence, for appellant.

Robert W. Cotter of Dysart, Taylor, Penner & Lay, P.C., Kansas City, for Financial Guardian Ins.

Larry J. Tyrl of James, Millert, Houdek, Tyrl & Sommers, Kansas City, for Travelers Ins.

Before TURNAGE, P.J., and SOMERVILLE and MANFORD, JJ.

### ORDER

PER CURIAM.

This is a civil action against an insurance carrier and its agent seeking damages on claims presented by the insured concerning a loss under a business fire insurance policy. The trial court entered judgment by way of a directed verdict. The motion for damages for frivolous appeal is denied. The judgment is affirmed.

Rule 84.16(b).